UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY JOHNSON,

        Plaintiff,

vs.                                    Case No. 8:06-cv-688-T-24MSS

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/

**O R D E R**

      Defendant seeks to dismiss Plaintiff's complaint for failure to exhaust administrative remedies. This matter was considered by the United States Magistrate Judge, pursuant to a standing order of assignment, who has filed her report recommending that Defendant's motion to dismiss be granted and Plaintiff's request for a continuance of the case be denied as moot. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has not filed any objections to the Report and Recommendation.

      Upon consideration of the Report and Recommendation of the Magistrate Judge and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted. Accordingly, it is now

      **ORDERED AND ADJUDGED**:

      (1)    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order of the Court.

      (2)    Defendant's Motion to Dismiss (Doc. No. 8) is **GRANTED**. This case is dismissed for lack of subject matter jurisdiction.

(3)     Plaintiff's request for a continuance of the case (Doc. No. 10) is **DENIED AS MOOT**.

(4)     The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mary S. Scriven
Unrepresented Parties
Counsel of Record